United States District Court
So. of Indiana

**FILED**
10/08/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

U.S.A. plaintiff                                CASE# 1:18-cr-00204-JPH-TAB
 vs.                                            USM# 16450-028
HOLLAND defendant

On this Day the 13th of Sept. 2020 year of the Deadly Destructive COVID19 pandemic I inmate Dakota Holland # 16450-028 come before you with writ in light of First Step Act Relief DE 255. I'm filing this motion because I want to change. I do not want to recidivate and ever come to prison after what I'm experiencing in the federal prison system. I am not being afforded opportunity to change and instead of rehabilitation my rights are being violated. I am currently in Segregative Housing Unit suffering Extreme Psychological Trauma and afraid of COVID19 Also, I am 24 years of Age Sir, I made a grave mistake, give me a chance. I befriended a gentleman who offered me a chance to learn the Flooring Trade. He is in the Free World, A Man of God thru church services. His Employment is listed on Google and I'm willing to change my address to make change learn this trade and not recidivate. JDG FLOORING 14 SICKLES ST. NY NY 10040  JAIME GUZMAN RUGS009@GMAIL.COM

Sincerely yours,
DAKOTA HOLLAND
# 16450-028
X [signature]